WILLIAM J. LOGAN et al., Appellants, *v.* NEW AMSTERDAM GAS COMPANY, Respondent.

*Logan v. New Amsterdam Gas Co.,* 172 App. Div. 898, affirmed.
(Argued October 23, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1916, affirming a judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to the complaint on the ground that it failed to state a cause of action. The action was brought by plaintiffs, as stockholders of the old Equitable Gas Light Company, to restrain the defendant (a consolidated corporation) from proceeding to acquire their stock in the Equitable Company (one of the consolidating companies), through appraisal proceedings instituted under section 8 of the Business Corporations Law, and to compel the defendant to buy their stock at a valuation to be determined by the court. The attempted appraisal of the stock by the defendant was attacked on the ground that section 8, as amended in 1902, permitting such appraisal, was unconstitutional.

*Alfred P. W. Seaman* and *James M. Gifford* for appellants.

*John A. Garver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and MCLAUGHLIN, JJ. Absent: CRANE, J.